UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR03-465-RSL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| MECHELLE RENEE PORTER, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on May 14, 2008. The United States was represented by AUSA Aravind Swaminathan and Kelly L. Harris and the defendant by Bruce Erickson. The proceedings were digitally recorded.

Defendant had been sentenced on or about January 7, 2005 by the Honorable Robert S. Lasnik on two charges of Bank Fraud, and sentenced to 5 months custody, 5 years supervised release. (Dkt. 32)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to search, pay restitution in the amount of $10,450, provide access to financial information, maintain a single checking account

for all financial transactions, provide information about any business interests, be prohibited from obtaining new credit without approval, not possess any identification documents in any but defendant's true identity, serve five months on electronic monitoring after release from custody, and participate in mental health counseling.

In an application dated April 22, 2008 (Dkt. 33), U.S. Probation Officer Joe G. Mendez alleged the following violations of the conditions of supervised release:

1. Leaving the Western District of Washington without permission of the Court or the probation officer on or about April 18, 2008, in violation of standard condition #1.

2. Associating with persons engaged in criminal activity and associating with a convicted felon without permission to do so, in violation of standard condition #9.

3. Committing the crime of Theft First Degree in Union Gap, Washington, on or about April 18, 2008, in violation of the general condition that she not commit a federal, state, or local crime.

4. Failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer, in violation of standard condition #11.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

/ / /

Pending a final determination by the Court, defendant has been detained.

DATED this 14th day of May, 2008.

                                             */s/ Mary Alice Theiler*
                                             Mary Alice Theiler
                                             United States Magistrate Judge

cc:   District Judge:        Honorable Robert S. Lasnik
      AUSA:                Aravind Swaminathan, Kelly L. Harris
      Defendant's attorney:  Bruce Erickson
      Probation officer:     Joe G. Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3